# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-7806 FFM | Date | October 27, 2008 |
|---|---|---|---|
| Title | FLORIA INTERNATIONAL, INC. v. MARINO BAY SPORTSWEAR, INC., et al. | | |

Present: The Honorable  Frederick F. Mumm, United States Magistrate Judge

| James Munoz | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

None Present            None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The parties reached a settlement of this action on or about October 1, 2008. A proposed judgment was ordered to be filed by October 15, 2008. The Court has not yet received a proposed judgment. The parties are ordered to show cause, in writing, within two weeks of today's date why a proposed judgment has not been submitted to the Court. The Court will accept a proposed judgment as a sufficient response to this order to show cause.

                                                              :
                                        Initials of Preparer         JM