1   MARK FANG, ATTORNEY AT LAW, APC
    Mark Fang, Esq.; SBN 199073
2   William G. Short, Esq.; SBN 132479
    215 East Daily Dr., Suite 9
3   Camarillo, CA 93010
    Telephone:  (805) 383-2788
4   Facsimile:  (805) 388-9488

5   Attorney for Plaintiff FORIA INTERNATIONAL, INC.

6

7                   **UNITED STATES DISTRICT COURT**

8                   **CENTRAL DISTRICT OF CALIFORNIA**

9                                        )
                                         )
10  FORIA INTERNATIONAL, INC.,           )   **Case No.:  C 07-7806-FFM**
                                         )
11          Plaintiff,                   )
                                         )   STIPULATED ORDER ENTERING FINAL
12  vs.                                  )   JUDGMENT FOR PLAINTIFF WITH
                                         )   PERMANENT INJUNCTION
13                                       )
    MARINO BAY SPORTSWEAR, INC., a       )
14  California corporation; HAN FOONG (USA) , )
    a California  corporation;           )
15                                       )
            Defendants.                  )
16                                       )
                                         )
17                                       )
    _____)
18

19

20          WHEREAS, on or about November 29, 2007, plaintiff FORIA INTERNATIONAL, INC.

21  ("FORIA"), commenced the above-captioned action against defendants MARINO BAY

22  SPORTSWEAR, INC., a California corporation, and HAN FOONG (USA) , a California

23  corporation (collectively "Defendants") by filing a complaint alleging copyright infringement

24  under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*.

25          WHEREAS on October 1, 2008 a settlement conference was held before the Hon.

26  Frederick F. Mumm during which the parties reached settlement of their claims.  On October        ,

27
28  2008, the parties entered into a written settlement agreement, and a Stipulation for Dismissal,

                                        - 1 -

dismissing the parties' respective claims and counterclaims with prejudice was thereafter filed with the Court. The parties agree for the Court to retain jurisdiction over the enforcement of the parties' settlement agreement and for the Court to retain the power and authority to vacate the dismissal of Plaintiff's claims and replace it with a stipulated judgment for Plaintiff with permanent injunction on the terms stated herein.

WHEREAS the parties have stipulated to the entry of Stipulated Order Entering Final Judgment for Plaintiff with Permanent Injunction, pursuant to the settlement terms.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1.      This court has jurisdiction of the subject matter and of the parties.

2.      The Complaint states claims upon which relief may be granted under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq,* and Plaintiff FORIA owns the registered copyright to *A Buck's Life – 7-140040,* Certificate of Registration No. VA 1-416-218, for articles of clothing.

3.      Defendant has used in commerce the mark *A Buck's Life – 7-140040* on articles of clothing without authorization by Plaintiff.

4.      Judgment on the Complaint is hereby entered in favor of Plaintiff and against Defendants, and the following permanent injunction is hereby entered against Defendants.

5.      MARINO BAY, its directors, officers, employees and agents, and those acting in concert with them, are permanently enjoined from importing, advertising, distributing, selling, and offering for sale any clothing related goods or services under, or bearing, or in connection with *A Buck's Life – 7-140040* (design or any simulation, reproduction, copy or colorable imitation thereof, see attached Exhibit 1 & 2)

6.      HAN FOONG (USA), its directors, officers, employees and agents, and those acting in concert with them, are permanently enjoined from importing, advertising,

1    distributing, selling, and offering for sale any clothing related goods or services

2    under, or bearing, or in connection with *A Buck's Life – 7-140040* (design or any

3    simulation, reproduction, copy or colorable imitation thereof, see attached Exhibit

4    1 & 2)

5        7.    This Court shall retain continuing jurisdiction over the enforcement, construction

6    and interpretation of this Judgment and Permanent Injunction.

7    JUDGMENT IS THEREFORE ENTERED in favor of Plaintiff FORIA and against Defendants

8    MARINO BAY and HAN FOONG (USA) pursuant to all the terms and conditions recited above.

9    Each party is to bear its own legal fees and costs.

Dated: <u>11/10/08</u>          By: <u>   /S/ Frederick  F. Mumm </u>
                                   Hon. Frederick F. Mumm
                                   United States District Judge

1      The parties hereby stipulate and consent to the terms and conditions of the

2   STIPULATED ORDER VACATING DISMISSAL AND ENTERING  JUDGMENT FOR

3   PLAINTIFF WITH PERMANENT INJUNCTION as set forth above and consent to the entry

4   thereof.

5

6                          FORIA INTERNATIONAL, INC.

7

8   Dated: October ____, 2008          By:_____

9                                          Teddy Mang
                                           Its President

10

11                         MARINO BAY SPORTSWEAR, INC.

12

13  Dated: October ____, 2008          By:_____

14                                          Its President

15

16                         HAN FOONG (USA) INC.

17  Dated: October ____, 2008          By:_____

18                                          Its President

19

20

21

22

23

24

25

26

27

28